IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| KEITH EUGENE DAVIS | § | |
| VS. | § | CIVIL ACTION NO. 9:25-CV-88 |
| DUCOTE L. COLEMAN, ET AL. | § | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff Keith Eugene Davis, a prisoner currently confined at the Gib Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Ducote L. Coleman and the Bexar County Detention Center.

Discussion

When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391(b) provides that venue is proper in the judicial district where the defendants reside or in which the claim arose. Venue is not proper in the Eastern District of Texas, because the plaintiff alleges that the claims arose, and the defendants reside, in Bexar County, which is located in the Western District of Texas. Under 28 U.S.C. § 1404, the district court may transfer a civil action to any other district where it could have been brought for the convenience of parties and witnesses and in the interest of justice. The court has considered the circumstances and has determined that justice would be served by transferring this action to the district where the claims arose and the defendants reside. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the San Antonio Division of the United States District Court for the Western District of Texas.

SIGNED this 30th day of March, 2025.

_____
Zack Hawthorn
United States Magistrate Judge